# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Harlene Miller | Atty Name (If applicable): | Harlene Miller |
| Street Address: | 525 N. Cabrillo Park Drive Suite 104 Santa Ana, CA 92701 | CA Bar No. (If applicable): | 146651 |
| Filer's Telephone No.: | 714-541-6072 | Atty Fax No. (If applicable): | 714-541-6897 |

In re: Joseph Anthony Barbara

Case No. 8:13-BK-10664-CB
Chapter 7

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☒    No ☐

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A☐   B☐   C☐   D☐   E☒   F☒   G☐   H☒   I☐   J☐

Statement of Social Security Number(s) ☐        Statement of Financial Affairs ☐

Statement of Intention ☐        Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Joseph Anthony Barbara, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 4/30/2013

/s/ Joseph Anthony Barbara
Joseph Anthony Barbara
*Debtor Signature*

**FOR COURT USE ONLY**

*Co-Debtor Signature*

**SEE REVERSE SIDE**

B-1008 *Revised November 2011*

B6E (Official Form 6E) (4/10)

In re  **Joseph Anthony Barbara**  ,    Case No. **8:13-BK-10664-CB**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1 continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   Joseph Anthony Barbara  ,   Case No. 8:13-BK-10664-CB
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> State Board of Equalization <br> Post Office Box 942879 <br> Sacramento, CA 94279 | X | - | 2013 and prior <br><br> Sales taxes; business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | | X | | 43,808.37 | 0.00 | 43,808.37 |
| Account No. <br><br> State Board of Equalization <br> 16715 Von Karman Ave Ste 200 <br> Irvine, CA 92606 | | | Representing: <br> State Board of Equalization | | | | Notice Only | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  1  of  1  continuation sheets attached to   
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   43,808.37   0.00   43,808.37

Total (Report on Summary of Schedules)   43,808.37   0.00   43,808.37

B6F (Official Form 6F) (12/07)

In re    Joseph Anthony Barbara                                              Case No.   8:13-BK-10664-CB
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Advance Me<br>Attn Managing Agent<br>2015 Vaughn Rd Suite 500<br>Kennesaw, GA 30144 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | Unknown |
| Account No.<br><br>ASCAP<br>Attn Managing Agent<br>7920 W Sunset Blvd 3rd Floor<br>Los Angeles, CA 90046 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB, Inc. (restaurant closed March 2013) | X | | X | 2,500.00 |
| Account No.<br><br>ASCAP<br>Attn Managing Agent<br>PO Box 331608-7515<br>Nashville, TN 37203 | | | Representing:<br>ASCAP | | | | Notice Only |
| Account No.<br><br>BMI<br>Attn Managing Agent<br>8730 Sunset Blvd 3rd Floor<br>West Hollywood, CA 90069 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013. | X | | X | 2,750.00 |

  3   continuation sheets attached

Subtotal (Total of this page)    5,250.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph Anthony Barbara**, Debtor

Case No. **8:13-BK-10664-CB**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>BMI<br>Attn Managing Agent<br>PO Box 630893<br>Cincinnati, OH 45263 | | | Representing:<br>BMI | | | | Notice Only |
| Account No.<br><br>Butler Chemicals Inc<br>Attn Managing Agent<br>1283 North Grove Street<br>Anaheim, CA 92806 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 2,537.34 |
| Account No.<br><br>City of Seal Beach Water Dept<br>Attn Managing Agent<br>211 Eight Street<br>Seal Beach, CA 90740 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 1,000.00 |
| Account No.<br><br>Consolidated Disposal<br>Attn Managing Agent<br>12949 Telegraph Road<br>Santa Fe Springs, CA 90670 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 713.28 |
| Account No.<br><br>Farmers Insurance<br>Attn Managing Agent<br>PO Box 894731<br>Los Angeles, CA 90189 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 3,470.39 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,721.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Anthony Barbara**                                    Case No.  **8:13-BK-10664-CB**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Farmers Insurance<br>Attn Managing Agent<br>2750 Bellflower Blvd Ste 118<br>Long Beach, CA 90815 | | | Representing:<br>Farmers Insurance | | | | Notice Only |
| Account No.<br><br>Island Oasis<br>Attn Managing Agent<br>PO Box 842826<br>Boston, MA 02284 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 250.00 |
| Account No.<br><br>Minuteman Security Systems<br>Attn Managing Agent<br>PO Box 942<br>Trabuco Canyon, CA 92678 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 75.00 |
| Account No.<br><br>Open Table Inc<br>Attn Managing Agent<br>PO Box 671198<br>Dallas, TX 75267 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 1,412.49 |
| Account No.<br><br>Rewards Network<br>Attn Managing Agent<br>2 North Riverside Plaza Ste 200<br>Chicago, IL 60606 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 17,448.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **19,185.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Anthony Barbara**  ,  Case No.  **8:13-BK-10664-CB**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Southern California Edison<br>Attn Managing Agent<br>PO Box 6400<br>Rancho Cucamonga, CA 91729 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 3,567.27 |
| Account No.<br><br>Southern California Gas Co<br>Attn Managing Agent<br>PO Box C<br>Monterey Park, CA 91756 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 738.42 |
| Account No.<br><br>Tama Trading Co<br>Attn Managing Agent<br>1920 E 20th Street<br>Irvine, CA 92619 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 2,959.95 |
| Account No.<br><br>Triple A Plumbing & Jetting<br>Attn Managing Agent<br>PO Box 54026<br>Irvine, CA 92619 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 472.00 |
| Account No.<br><br>Verizon<br>Attn Managing Agent<br>500 Technology Drive Ste 550<br>Saint Charles, MO 63304 | X | - | 2013 and prior<br>Contingent liability, business debt for Finbars Italian Kitchen SB Inc.; restaurant closed March 2013 | X | | X | 305.95 |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  8,043.59

Total (Report on Summary of Schedules)  40,200.09

B6H (Official Form 6H) (12/07)

In re    Joseph Anthony Barbara                                                              Case No.  8:13-BK-10664-CB
_____,
Debtor

## SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Finbars Italian Kitchen SB Inc<br>no longer in business | Mogl<br>Attn Managing Agent<br>9645 Scranton Rd Ste 110<br>San Diego, CA 92121 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Orkin Pest Control<br>Attn Managing Agent<br>PO Box 7161<br>Pasadena, CA 91109 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Rewards Network<br>Attn Managing Agent<br>2 North Riverside Plaza Ste 200<br>Chicago, IL 60606 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Southern California Edison<br>Attn Managing Agent<br>PO Box 6400<br>Rancho Cucamonga, CA 91729 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | State Board of Equalization<br>Post Office Box 942879<br>Sacramento, CA 94279 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Tama Trading Co<br>Attn Managing Agent<br>1920 E 20th Street<br>Irvine, CA 92619 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Triple A Plumbing & Jetting<br>Attn Managing Agent<br>PO Box 54026<br>Irvine, CA 92619 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Verizon<br>Attn Managing Agent<br>500 Technology Drive Ste 550<br>Saint Charles, MO 63304 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Open Table Inc<br>Attn Managing Agent<br>PO Box 671198<br>Dallas, TX 75267 |

    1
  _____ continuation sheets attached to Schedule of Codebtors

In re  Joseph Anthony Barbara                                              Case No.  8:13-BK-10664-CB
                              Debtor

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Finbars Italian Kitchen SB Inc<br>no longer in business | Butler Chemicals Inc<br>Attn Managing Agent<br>1283 North Grove Street<br>Anaheim, CA 92806 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Advance Me<br>Attn Managing Agent<br>2015 Vaughn Rd Suite 500<br>Kennesaw, GA 30144 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | ASCAP<br>Attn Managing Agent<br>7920 W Sunset Blvd 3rd Floor<br>Los Angeles, CA 90046 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | BMI<br>Attn Managing Agent<br>8730 Sunset Blvd 3rd Floor<br>West Hollywood, CA 90069 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | City of Seal Beach Water Dept<br>Attn Managing Agent<br>211 Eight Street<br>Seal Beach, CA 90740 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Consolidated Disposal<br>Attn Managing Agent<br>12949 Telegraph Road<br>Santa Fe Springs, CA 90670 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Farmers Insurance<br>Attn Managing Agent<br>PO Box 894731<br>Los Angeles, CA 90189 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Island Oasis<br>Attn Managing Agent<br>PO Box 842826<br>Boston, MA 02284 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Minuteman Security Systems<br>Attn Managing Agent<br>PO Box 942<br>Trabuco Canyon, CA 92678 |
| Finbars Italian Kitchen SB Inc<br>no longer in business | Southern California Gas Co<br>Attn Managing Agent<br>PO Box C<br>Monterey Park, CA 91756 |

Sheet   1   of   1    continuation sheets attached to the Schedule of Codebtors