United States Bankruptcy Court
Central District of California

In re:                                                                              Case No. 13-10664-CB
Joseph Anthony Barbara                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8            User: admin              Page 1 of 3              Date Rcvd: May 20, 2013
                                Form ID: b18            Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2013.
```
db             +Joseph Anthony Barbara,    132 Dolphin Avenue,    Seal Beach, CA 90740-6564
cr             +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr             +Joseph Goveia,    c/o Voss Cook & Thel,    895 Dove Street,    Suite 450,
                 Newport Beach, CA 92660-2998
33818984        ASCAP,    ATTN MANAGING AGENT,    PO BOX 331608-7515,    NASHVILLE TN  37203
33818983       +ASCAP,    ATTN MANAGING AGENT,    7920 W SUNSET BLVD 3RD FLOOR,    LOS ANGELES CA 90046-3300
33391293       +American Expess/Jet Blue,    Attn: Managing Agent,    PO Box 981535,    EL Paso, TX 79998-1535
33818986       +BMI,    ATTN MANAGING AGENT,    PO BOX 630893,    CINCINNATI OH 45263-0893
33304934       +Bank of America,    Attn Managing Agent,    PO Box 982238,    El Paso, TX 79998-2238
33304935       +Bay City Plaza Partners,    Attn Managing Agent,    559 S Palm Canyon Drive Ste B212,
                 Palm Springs, CA 92264-7209
33818988       +CITY OF SEAL BEACH WATER DEPT,    ATTN MANAGING AGENT,    211 EIGHT STREET,
                 SEAL BEACH CA 90740-6379
33818989       +CONSOLIDATED DISPOSAL,    ATTN MANAGING AGENT,    12949 TELEGRAPH ROAD,
                 SANTA FE SPRINGS CA 90670-4049
33397576       +Dariush Solaimani/Solaimani Ent Inc,    c/o Thomas McIntosh Esq,    1502 North Broadway,
                 Santa Ana CA 92706-3907
33818992       +FARMERS INSURANCE,    ATTN MANAGING AGENT,    2750 BELLFLOWER BLVD STE 118,
                 LONG BEACH CA 90815-1143
33818991       +FARMERS INSURANCE,    ATTN MANAGING AGENT,    PO BOX 894731,    LOS ANGELES CA 90189-4731
33821812        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
33304936       +Howard Brief, Esq,    222 Main Street,    Seal Beach, CA 90740-6355
33304945       +J Craig Williams Esq,    1 Park Place,    Irvine, CA 92612-1626
33304940       +Joseph Goveia,    c/o Francis T Donohue III PhD,    Voss Cook & Thel LLP,    895 Dove Street Ste 450,
                 Newport Beach, CA 92660-2998
33818994       +MINUTEMAN SECURITY SYSTEMS,    ATTN MANAGING AGENT,    PO BOX 992,    TRABUCO CANYON CA 92678-0992
33304942       +Metro Pointe Retail Associates,    Attn Managing Agent,    949 South Coast Drive Ste 600,
                 Costa Mesa, CA 92626-7734
33818995       +OPEN TABLE INC,    ATTN MANAGING AGENT,    PO BOX 671198,    DALLAS TX 75267-1198
33818997       +SOUTHERN CALIFORNIA EDISON,    ATTN MANAGING AGENT,    PO BOX 6400,
                 RANCHO CUCAMONGA CA 91729-6400
33818998       +SOUTHERN CALIFORNIA GAS CO,    ATTN MANAGING AGENT,    PO BOX C,    MONTEREY PARK CA 91754-0932
33818999       +STATE BOARD OF EQUALIZATION,    PO BOX 942879,    SACRAMENTO CA 94279-0001
33819000       +STATE BOARD OF EQUALIZATION,    16715 VON KARMAN AVE STE 200,    IRVINE CA 92606-2414
33819001        TAMA TRADING CO,    ATTN MANAGING AGENT,    1920 E 20TH STREET,    IRVINE CA  92619
33818990        THERESA DEVOTI-ELIA,    132 CLARICE AVENUE,    STATEN ISLAND NY  10306
33819002       +TRIPLE A PLUMBING AND JETTING,    ATTN MANAGING AGENT,    PO BOX 54026,    IRVINE CA 92619-4026
33818993       +TSLAND OASIS,    ATTN MANAGING AGENT,    PO BOX 842826,    BOSTON MA 02284-2826
33391296       +Theresa Devoti-Elia,    359 Clarke Avenue,    Staten Island, NY 10306-1126
33397577       +Univeral Account Servicing,    Attn Managing Agent,    PO Box 8890,    Saint Joseph MO 64508-8890
33391307       +Universal Account Servicing,    Attn: Managing Agent,    PO Box 8890,    Saint Joseph, MO 64508-8890
33304943      #+Universal Account Servicing,    Attn Managing Agent,    702 Felix Avenue,
                 Saint Joseph, MO 64501-2236
33819003       +VERIZON,    ATTN MANAGING AGENT,    500 TECHNOLOGY DRIVE STE 550,    SAINT CHARLES MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              EDI: QKSNAYLOR.COM May 21 2013 05:18:00      Karen S Naylor (TR),    P.O. Box 504,
                 Santa Ana, CA  92702-0504
smg             EDI: EDD.COM May 21 2013 05:18:00       Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM May 21 2013 05:23:00       Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
33818982       +E-mail/Text: rklepak@capitalaccessnetwork.com May 21 2013 04:51:48      ADVANCE ME,
                 ATTN MANAGING AGENT,    2015 VAUGHN RD SUITE 500,    KENNESAW GA 30144-7831
33391289       +EDI: MERRICKBANK.COM May 21 2013 05:18:00      Advanta,    Attn: Managing Agent,    PO Box 9217,
                 Old Bethpage, NY 11804-9017
33391290       +EDI: MERRICKBANK.COM May 21 2013 05:18:00      Advanta Bank Corp/Receivership,
                 Attn: Collections Dept,    11850 South Electron Rd,    Draper, UT 84020-6814
33660073        EDI: BECKLEE.COM May 21 2013 05:18:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
33391291       +EDI: AMEREXPR.COM May 21 2013 05:18:00      American Express Business,    Attn: Managing Agent,
                 PO Box 981535,    El Paso, TX 79998-1535
33391292       +EDI: AMEREXPR.COM May 21 2013 05:18:00      American Express Business Rebae,
                 Attn: Managing Agent,    PO Box 981535,    EL Paso, TX 79998-1535
33818985       +E-mail/Text: bankruptcy@bmi.com May 21 2013 07:11:18      BMI,    ATTN MANAGING AGENT,
                 8730 SUNSET BLVD 3RD FLOOR,    WEST HOLLYWOOD CA 90069-2210
33818987       +E-mail/Text: ted@butlerchem.com May 21 2013 05:30:40      BUTLER CHEMICALS INC,
                 ATTN MANAGING AGENT,    1283 NORTH GROVE STREET,    ANAHEIM CA 92806-2167
33391294       +EDI: CHASE.COM May 21 2013 05:18:00      Bank One,    Attn: Managing Agent,    100 East Broad St,
                 Columbus, OH 43271-0001
33304933       +EDI: BANKAMER.COM May 21 2013 05:18:00      Bank of America,    Attn Managing Agent,    PO Box 21848,
                 Greensboro, NC 27420-1848
```

```
District/off: 0973-8           User: admin              Page 2 of 3              Date Rcvd: May 20, 2013
                               Form ID: b18             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
33391295     +EDI: CHASE.COM May 21 2013 05:18:00      Chase,   Attn: Managing Agent,   PO Box 33035,
              Louisville, KY 40232-3035
33304937     +EDI: CHASE.COM May 21 2013 05:18:00      Chase Bank,   Attn Managing Agent,   PO Box 15298,
              Wilmington, DE 19850-5298
33304938     +EDI: CITICORP.COM May 21 2013 05:18:00      Citibank,   Attn Managing Agent,   PO Box 6500,
              Sioux Falls, SD 57117-6500
33304939      EDI: DISCOVER.COM May 21 2013 05:18:00      Discover,   Attn Managing Agent,   PO Box 30943,
              Salt Lake City, UT 84130
33304941     +EDI: HFC.COM May 21 2013 05:18:00      HSBC/Best Buy,   Attn Managing Agent,   PO Box 5893,
              Carol Stream, IL 60197-5893
33304932     +E-mail/Text: USTPregion16.SA.ECF@USDOJ.GOV May 21 2013 06:24:21     Office of the U.S. Trustee SA,
              411 W 4th Street Suite 9041,   Santa Ana, CA 92701-8000
33818996     +E-mail/Text: bankruptcy@rewardsnetwork.com May 21 2013 05:07:39     REWARDS NETWORK,
              ATTN MANAGING AGENT,   2 NORTH RIVERSIDE PLAZA STE 200,   CHICAGO IL 60606-2677
33304944     +EDI: WFFC.COM May 21 2013 05:18:00      Wells Fargo Bank,   Attn Managing Agent,   PO Box 348750,
              Sacramento, CA 95834-8750
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 intp           Courtesy NEF
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2013**                    **Signature:**          _Joseph Speetjens_

```
District/off: 0973-8           User: admin            Page 3 of 3             Date Rcvd: May 20, 2013
                               Form ID: b18          Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2013 at the address(es) listed below:

      Francis T Donohue   on behalf of Creditor Joseph  Goveia ftd@vctlaw.com, dyolken@vctlaw.com
      Francis T Donohue   on behalf of Interested Party   Courtesy NEF ftd@vctlaw.com, dyolken@vctlaw.com
      Gilbert B Weisman, ll   on behalf of Interested Party   Courtesy NEF notices@becket-lee.com
      Harlene  Miller   on behalf of Debtor Joseph Anthony Barbara harlene@pagterandmiller.com, pandm@pagterandmiller.com
      Karen S Naylor (TR)   acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
      Patti H Bass   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
      United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

                                                                                                                                                TOTAL: 7

Case 8:13-bk-10664-CB    Doc 33    Filed 05/22/13    Entered 05/23/13 01:46:24    Desc
Imaged Certificate of Notice    Page 3 of 5

B18 (Official Form 18)(12/11)

**United States Bankruptcy Court**
**Central District Of California**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Joseph Anthony Barbara

**BANKRUPTCY NO.**  8:13−bk−10664−CB

**CHAPTER**  7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−0658
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 5/20/13

**Address:**
132 Dolphin Avenue
Seal Beach, CA 90740

   It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: May 20, 2013

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30                                                                                                        30 / MS

Case 8:13-bk-10664-CB    Doc 33    Filed 05/22/13    Entered 05/23/13 01:46:24    Desc
Imaged Certificate of Notice    Page 5 of 5

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.